Matter of Talevi (2024 NY Slip Op 03863)

Matter of Talevi

2024 NY Slip Op 03863

Decided on July 18, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 18, 2024

PM-141-24
[*1]In the Matter of Steven James Talevi, an Attorney. (Attorney Registration No. 5289533)

Calendar Date:July 15, 2024

Before:Egan Jr., J.P., Clark, Pritzker, Lynch and Fisher, JJ.

Steven James Talevi, Cooperstown, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Steven James Talevi was admitted to practice by this Court in 2014 and lists a business address in Cooperstown with the Office of Court Administration. Talevi now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Talevi's application.
Upon reading Talevi's affidavit sworn to May 3, 2024 and filed May 8, 2024, and upon reading the June 26, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Talevi is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Clark, Pritzker, Lynch and Fisher, JJ., concur.
ORDERED that Steven James Talevi's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Steven James Talevi's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Steven James Talevi is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Talevi is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Steven James Talevi shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.